1
2
3
4
5
6
7
8
9
10
11
12                     **UNITED STATES DISTRICT COURT**
13                          **DISTRICT OF NEVADA**
14
15  AHUDI, LLC, FORMOSTAR LLC,           )     2:09-cv-01429-HDM-RJJ
                                         )
16              Plaintiffs,              )
                                         )
17  vs.                                  )     ORDER
                                         )
18  JOYCE PETERS, et al.,                )
                                         )
19              Defendants.              )
    _____)
20
        On August 6, 2010, the clerk of the court entered default
21
    against defendants Joyce Peters and Mind Body Health Programs,
22
    Products, Publications & Practice Expansions, Inc. ("Mind Body").
23
    On October 5, 2010, the plaintiffs moved for default judgment
24
    against Peters and Mind Body pursuant to Federal Rule of Civil
25
    Procedure 55 (#36). The motion for default judgment (#36) is
26
    hereby granted. The clerk of the court shall enter judgment in
27
    favor of the plaintiffs and against defendants Peters and Mind Body
28

                                    1

in the amount of $112,500.

**IT IS SO ORDERED.**

DATED: This 19th day of October, 2010.

                                                                                     UNITED STATES DISTRICT JUDGE