AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Ahudi, LLC et al

Plaintiffs,

V.

Peters et al

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:09-cv-01429-HDM-RJJ

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Default Judgment is hereby entered in favor of the Plaintiffs Ahudi, LLC, and Formostar, LLC and against Defendants Peters and Mind Body in the amount of $112,500.

10/19/2010

Date

/s/ Lance S. Wilson

Clerk

/s/ Sutawnee Duckro

(By) Deputy Clerk