1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| AHUDI, LLC, FORMOSTAR LLC, | ) | 2:09-cv-01429-HDM-RJJ |
| Plaintiffs, | ) | |
| vs. | ) | ORDER |
| JOYCE PETERS, et al., | ) | |
| Defendants. | ) | |

On September 21, 2010, the court granted plaintiffs up to and including December 10, 2010, in which to serve defendant Elektro Medical Geraetebau ("EMG") in accordance with the Hague Convention. On September 28, 2010, plaintiffs filed proof that EMG had been served on September 21, 2010. While the affidavit of service itself (#35) is not specific as to which documents were served, the exhibits attached to plaintiffs' September 20, 2010 motion for an extension of time make clear that on September 7, 2010, plaintiffs

1

dispatched German translations of the complaint and summons to Germany for service. (*See* #33 Exs. 3, 5, 10, 11). Accordingly, the record reflects that EMG has been properly served with the summons and complaint in accordance with the Hague Convention. As EMG has failed to plead or otherwise defend in this action and the time for filing a responsive pleading has expired, the plaintiffs' request for entry of default against EMG (#50) is hereby granted.

**IT IS SO ORDERED.**

DATED: This 21st day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE

2