**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |  |
|---|---|---|
| AHUDI, LLC, FORMOSTAR LLC, | ) | 2:09-cv-01429-HDM-RJJ |
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| vs. | ) | ORDER |
|  | ) |  |
| JOYCE PETERS, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

The court, having conducted a hearing on plaintiff's motion for default judgment and for permanent injunction on January 20, 2011, and having heard the argument of counsel and considered the pleadings and papers submitted by the parties, hereby finds as follows:

1. Defendant Elektro Medical Geraetebau GmbH ("EMG") has been properly served with the summons and complaint in this action;

2. EMG has failed to plead or otherwise defend as required by

1

said summons and the Federal Rules of Civil Procedure, and as such, the court entered default against EMG on December 21, 2010;

3. The court previously entered default judgment against defendants Joyce Peters ("Peters") and Mind Body Health Programs, Products, Publications & Practice Expansions, Inc. ("Mind Body") and in favor of the plaintiffs in the sum of $112,500;

4. It appears from the plaintiff's affidavit and the record herein that due to the actions of the defendants, the plaintiffs have sustained damages in the amount of $321,500.

5. The defendants have failed to respond to either the plaintiffs' motion for restraining order and preliminary injunction or the plaintiff's motion for permanent injunction;

6. The defendants have engaged in conduct that infringes upon the plaintiffs' "Formostar" mark; and

7. The plaintiffs have suffered irreparable injury as a result of the defendants' infringing conduct, and the remedies available at law are inadequate to fully compensate for said injury.

For the foregoing reasons, the court hereby orders, adjudges, and decrees as follows:

1. Pursuant to Federal Rule of Civil Procedure 55(b)(2), default judgment is hereby entered against EMG and in favor of plaintiffs in the amount of $321,500;

2. The plaintiffs' motion for permanent injunction is hereby **GRANTED**. The defendants and their respective officers, agents, servants, employees, and/or all persons acting in concert or participation with the defendants are hereby permanently enjoined from using the plaintiffs' "Formostar" mark or confusingly similar variations thereof, alone or in combination with any other letters,

2

words, letter strings, phrases or designs, in commerce or in connection with any business or for any purpose whatsoever, including but not limited to, on products, on websites, and in domain names containing the plaintiffs' "Formostar" mark or confusingly similar variations thereof, alone or in combination with any other letters, words, phrases, or designs;

    3. The defendants are hereby ordered to immediately cease and desist all use of the domains <formostar.com> and <formostar.org> and any and all variants thereof; and

    4. The defendant EMG shall immediately transfer to the plaintiffs, Ahudi, LLC and Formostar LLC, the domains <formostar.com> and <formostar.org>, both presently registered to and in the possession of defendant EMG, and any and all variants thereof.  The defendants are ordered to take any and all actions necessary to effectuate the transfer if so required by the domain registrar.

**IT IS SO ORDERED.**

DATED: This 21st day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE